ANTONIO MINARDO, Appellant, v. MUNSON STEAMSHIP LINE, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNA M. KELLY, Appellant, v. INECTO, INC., and Another, Respondents, and WILLIAM KREMER, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of JOSEPH I. GREEN, etc., Respondent, against JULIUS MILLER, as President of the Borough of Manhattan, City of New York — re Public Highways of The City of New York, in the Borough of Manhattan, at and about the Southeast Corner of Seventy-ninth Street and Lexington Avenue, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., and Finch, J., dissent.

In the Matter of the Application of OLIVETTE I. BUNNER, Respondent, for an Order to Be Allowed to Inspect Certain Records of the DEPARTMENT OF PLANT AND STRUCTURES and the DEPARTMENT OF PUBLIC MARKETS OF THE CITY OF NEW YORK. ALBERT GOLDMAN, as Commissioner of the Department of Plant and Structures of the City of New York, BERNARD M. PATTEN, as Commissioner of the Department of Public Markets, etc., and THE CITY OF NEW YORK, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GOODNAME REALTY CORPORATION, Appellant, v. NEBCO REALTY CORPORATION and Another, Respondents, and EDBRO REALTY CO., INC., and Another, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAX DRUCKMAN, Respondent, v. VAUGHAN FURNITURE COMPANY, a Virginia Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAX DRUCKMAN, Respondent, v. VAUGHAN FURNITURE COMPANY, a Virginia Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAX DRUCKMAN, Respondent, v. VAUGHAN-BASSETT FURNITURE COMPANY, a Virginia Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAX DRUCKMAN, Respondent, v. VAUGHAN-BASSETT FURNITURE COMPANY, a Virginia Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAENECKE-AULT COMPANY, Respondent, Appellant, v. WINSLOW INK COR-